## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Russel Jennings a/k/a | : | |
| "Joey" Jennings, an incapacitated person | : | |
| | : | |
| Appeal of: Department of Human Services | : | No. 1136 C.D. 2015 |

| | | |
|---|---|---|
| In Re: Russel Jennings a/k/a | : | |
| "Joey" Jennings, an incapacitated person | : | |
| | : | |
| Appeal of: Pennsylvania Department of | : | |
| Human Services | : | No. 1254 C.D. 2015 |

| | | |
|---|---|---|
| In Re: Russel Jennings a/k/a | : | |
| "Joey" Jennings, an incapacitated person | : | |
| | : | |
| Appeal of: Pennsylvania Department of | : | |
| Human Services | : | No. 1255 C.D. 2015 |

## **O R D E R**

NOW, April 26, 2016, upon consideration of appellant's application for reconsideration or reargument *en banc* and appellees' answer in response thereto, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge